IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL M. LANEVE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LATROBE STEEL COMPANY, trading and ) <br> doing business as LATROBE SPECIALTY ) <br> STEEL COMPANY, a wholly owned subsidiary ) <br> of CARPENTER TECHNOLOGY ) <br> CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | Civil Action 14-216 |

## ORDER

Pending before the Court is Plaintiff's Motion to Determine Complaint Filing Date [ECF # 11]. AND NOW, this 11th day of August, 2015, Plaintiff's Motion to Determine Complaint Filing Date [ECF # 11] is granted to the extent that Plaintiff has requested that this Court make a judicial inquiry of the Clerk of Court's Office to assist in our determination of the date on which Plaintiff filed the above-captioned civil action against Defendant.

August 11, 2015 _/s/ Maurice B. Cohill, Jr._
Maurice B. Cohill, Jr.
Senior United States District Court Judge