IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL M. LANEVE,<br><br>　　PLAINTIFF<br><br>vs.<br><br>LATROBE STEEL COMPANY, trading and Doing business as LATROBE SPECIALTY STEEL COMPANY, a wholly owned subsidiary of<br>CARPENTER TECHNOLOGY CORPORATION<br><br><br>　　DEFENDANTS | Civil Action No.: 2:14-CV-00216<br><br>Judge: Maurice B. Cohill<br><br>Electronically Filed |

## STIPULATION OF DISMISSAL

Plaintiff Daniel M. Laneve and Defendant Latrobe Steel Company, by and through their undersigned counsel, hereby stipulate as follows:

1. That the above-captioned matter has been settled amicably.

2. Plaintiff voluntarily dismisses this lawsuit pursuant to Federal Rule of Civil Procedure 41(a).

3. Such dismissal shall be with prejudice, with each side to bear its own costs, attorneys' fees and expenses.

4. That none of the parties are minors and/or incompetents.

| | |
|---|---|
| Date: January 21, 2016 | Respectfully submitted, |
| */s/ Paul R. Giba* | */s/ Christian Antkowiak* |
| Paul R. Giba, Esquire | Christian C. Antkowiak, Esquire |
| Attorney For Plaintiff, | Attorney For Defendants |
| Daniel M. LaNeve | Latrobe Steel Company, |
| | Latrobe Specialty Steel Company and |
| | Carpenter Technology Corporation |
| PA I.D. No.: 36621 | PA ID. No.: 209231 |
| GIBA LAW OFFICE | BUCHANONINGERSOL & ROONEY, P.C. |
| 1653 McFarland Road | One Oxford Center |
| Suite 204 | 301 Grant Street, 20th Floor |
| Pittsburgh PA 15216 | Pittsburgh PA 15219 |
| Tele: (412) 564-5357 | Tel: (412) 562-3988 |
| Email: paulrgiba@gmail.com | Email: Christian.antkowiak@bipc.com |

AND NOW, this 21st day of January, 2016, IT IS SO ORDERED.

Maurice B. Cohill Jr.
UNITED STATES SENIOR DISTRICT JUDGE